```
        IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
                 IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
                              CIVIL DIVISION
```
PAULA JOHNSON-LANG

    Plaintiff,

                                      CASE NO.: 21-CA001194
                                      DIVISION: B

vs.

FAMILY DOLLAR STORES OF FLORIDA,
LLC.

    Defendant,

_____

## AMENDED COMPLAINT

Plaintiff, PAULA JOHNSON-LANG, sues Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., and alleges:

1. This is an action for damages in excess of $30,000.00, exclusive of costs and fees.

2. On or about January 24, 2019, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., owned or was in possession and control of the FAMILY DOLLAR located at 10220 North 30th Street, Tampa, FL 33612.

3. At that time and place, Plaintiff, PAULA JOHNSON-LANG, was lawfully on the property as a customer of the store.

4. At all times material to the fact, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., was negligent in failing to maintain the premises in a reasonably safe condition and/or

negligent in failing to correct a dangerous condition in which the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., either knew or should have known existed by the use of reasonable care. In addition, despite Defendant's superior knowledge, Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., failed to warn of a dangerous condition. Said dangerous condition being, to wit, the Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, created an unreasonably unsafe entrance/exitway and allowed a handbasket holder to tumble over and obstruct the entrance/exitway which created a tripping hazard. Additionally, there were no warning mechanisms in place to warn the Plaintiff, PAULA JOHNSON-LANG, of the impending danger.

5. As a direct and proximate result of Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC'S., negligence, as described above, Plaintiff, PAULA JOHNSON-LANG, tripped and fell suffering bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. Plaintiff, PAULA JOHNSON-LANG, losses are permanent and continuing.

WHEREFORE Plaintiff, PAULA JOHNSON-LANG, demands judgment against Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC., for damages in excess of $30,000.00, together with pre and post judgment interest, costs and such other and further relief as this Court deems just and appropriate to protect Plaintiff's rights and interests, and respectfully demands a trial by jury.

ANDERSON & ANDERSON, P.A.

BY: _____
TIMOTHY G. ANDERSON, JR., ESQUIRE
Florida Bar No. 14122
ROBERT J. POLLICK, ESQUIRE
Florida Bar No. 104803
213 South Brevard Avenue
Tampa, Florida 33606
(813) 251-0072
Email: service@tgalaw.com
Attorney for Plaintiff